IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SEAN MICHAEL DETTY,

    Petitioner,

                                CIV. NO. 2:10-CV-427
                                CR. NO. 2:05-CR-060(6)
    v.                           JUDGE MARBLEY
                                MAGISTRATE JUDGE KING

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

On December 22, 2010, the United States Magistrate Judge recommended that respondent's motion to dismiss be granted and that petitioner's motion for relief from judgment be denied. *Report and Recommendation*, Doc. No. 259. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, id., there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 259, is **ADOPTED** and **AFFIRMED.** Respondent's motion to dismiss, Doc. No. 248, is **GRANTED** and petitioner's motion for relief from judgment, Doc. No. 255, is **DENIED.**

The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

                                                  *s/Algenon L. Marbley*
                                                  Algenon L. Marbley
                                                 United States District Judge